B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**E&K Vocational Nursing Program, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Dallas Nursing Program, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-2390690** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**c/o CDG Group, LLC**<br>**645 Fifth Avenue**<br>**New York, NY**         ZIP Code **10022** | Street Address of Joint Debtor (No. and Street, City, and State):         ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):         ZIP Code | Mailing Address of Joint Debtor (if different from street address):         ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                               Page 2

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
E&K Vocational Nursing Program, Inc.

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| See Attached | | |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)         (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B1 (Official Form 1)(04/13) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **E&K Vocational Nursing Program, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**William E. Chipman, Jr. (No. 3818)**
Printed Name of Attorney for Debtor(s)

**Cousins Chipman & Brown, LLP**
Firm Name

**1007 N Orange Street
Suite 1100
Wilmington, DE 19801**
Address

**302-295-0191**
Telephone Number

_1-21-14_
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Michael F. Gries**
Printed Name of Authorized Individual

**Interim Chief Executive Officer**
Title of Authorized Individual

_1-21-2014_
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# E&K VOCATIONAL NURSING PROGRAM, INC. – SCHEDULE I – AFFILIATED DEBTORS

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "**Debtors**"), that have filed voluntary petitions for relief in this Court under title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "**Bankruptcy Code**"), substantially contemporaneously with the filing of this petition.

1. Ability Intermediate Holdings, Inc.
2. ATI Acquisition Company
3. ATI Enterprises, Inc.
4. ATI Enterprises of Florida, Inc.
5. E&K Vocational Nursing Program, Inc.

## WRITTEN CONSENT OF THE DIRECTORS OF
## E&K VOCATIONAL NURSING PROGRAM, INC.

The undersigned, being all of the members of the Board of Directors (the "Board") of E&K Vocational Nursing Program, Inc., a Texas corporation (the "Company"), waive the notice, calling and holding of a meeting of the Board, and in lieu of such a meeting, in accordance with Section 6.201 of the Texas Business Organizations Code, do hereby consent to, adopt, authorize and approve the following resolutions and the actions specified therein, and direct that this Written Consent be filed with the minutes of the proceedings of the Board:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company's business;

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a bankruptcy proceeding under Chapter 7 of title 11 of the United States Code (as amended, the "Bankruptcy Code");

**NOW, THEREFORE, BE IT RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, shareholders and other interested parties, and stakeholders that a voluntary petition be filed by the Company under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Petition"); and it is

**FURTHER RESOLVED**, that the members of the Board, and any other officer or person designated and so authorized to act (collectively, the "Authorized Persons") are, and each hereby is, authorized, empowered and directed to (a) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the filing of said Bankruptcy Petition, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with the Bankruptcy Petition; (b) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Company's Chapter 7 case; (c) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (d) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and directed to employ the law firm of Cousins Chipman & Brown, LLP as counsel to assist the Company in filing for relief under Chapter 7 of the Bankruptcy Code and in carrying out the Company's duties under Chapter 7 of the Bankruptcy Code, and the officers of the Company are hereby authorized and directed to execute retention agreements, pay retainers prior to, and immediately upon the filing of the bankruptcy case; and it is

2

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by any officer in connection with the Chapter 7 case, or any further action to seek relief on behalf of the Company under Chapter 7 of the Bankruptcy Code, or in connection with the chapter 7 case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is

**FURTHER RESOLVED**, that the acts, actions and transactions heretofore taken by the officers of the Company or the Directors of the Company in the name of and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions, which acts, actions and transactions would have been approved by the foregoing resolutions except that such acts were taken before those resolutions were adopted, be, and hereby are, ratified, confirmed, and approved in all respects.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, executed and delivered to the Company this Written Consent.

_____
Michael F. Gries


**Dated: January 21, 2014**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| E&K VOCATIONAL NURSING PROGRAM, INC., | Case No. 14-_____ (___) |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO RULE 1007(a)(1) OF THE FEDERAL RULES OF BANKUPTCY PROCEDURE

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure, E&K Vocational Nursing Program, Inc. (the "**Debtor**"), as debtor in this Chapter 7 case, hereby represents that the following entity directly owns 10% or more of the Debtor's equity interests:

- ATI Enterprises, Inc. – 100%

Dated: January 21, 2014

E&K VOCATIONAL NURSING PROGRAM, INC.

By: _____
Michael F. Gries
Interim Chief Executive Officer

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ABILITY INTERMEDIATE HOLDINGS, INC. <br><br>　　　　　　Debtor. | Chapter 7 <br><br> Case No. 14-_____ (　) |
| In re: <br><br> ATI ACQUISITION COMPANY, <br><br>　　　　　　Debtor. | Chapter 7 <br><br> Case No. 14-_____ (　) |
| In re: <br><br> ATI ENTERPSIES, INC., <br><br>　　　　　　Debtor. | Chapter 7 <br><br> Case No. 14-_____ (　) |
| In re: <br><br> ATI ENTERPRISES OF FLORIDA, INC., <br><br>　　　　　　Debtor. | Chapter 7 <br><br> Case No. 14-_____ (　) |
| In re: <br><br> E&K VOCATIONAL NURSING PROGRAM, INC., <br><br>　　　　　　Debtor. | Chapter 7 <br><br> Case No. 14-_____ (　) |

## **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS**

1.　　Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Cousins Chipman & Brown, LLP ("**CCB**" or the "**Firm**") are attorneys for the above-named debtors (the "**Debtors**") and that compensation paid to the Firm within one year before the filing of the petitions of bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the Debtors in contemplation of or in connection with these bankruptcy cases is as follows:

　　　　For legal services, CCB agreed to accept　　　　$120,000.00[1]

---

[1] Prior to the Petition Date and pursuant to a written engagement agreement, on October 22, 2013, the Firm received a $120,000.00 retainer (the "**Retainer**") from ATI Acquisition Company. The Retainer was to secure the payment of fees for legal services rendered and expenses incurred by the Firm on behalf of the Debtors prior to the Petition Date. Prior to the Petition Date, the Firm applied the Retainer to its prepetition fees and expenses in full.

Prior to the filing of this statement, CCB received ........................................ $120,000.00[1]

Balance Due .................................................................................................... $0.00[1]

2. The source of the compensation paid to the Firm was:

■ Debtor   ☐ Other (Specify)

3. The source of compensation to be paid to the Firm was:

■ Debtor   ☐ Other (Specify)

4. ■ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

☐ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, the Firm agreed to render legal service for all aspects of the bankruptcy case until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code, including:

    a. advise in connection with the preparation of the petition, schedules of assets and liabilities, statement of financial affairs, schedule of income and expenditures, lists of creditors and equity security holders, statement of executory contracts and unexpired leases, and master mailing list;

    b. representation of the Debtors at the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code; and

    c. representation of the Debtors as may otherwise be required to advise the Debtors regarding their rights and responsibilities as debtors under chapter 7 of the Bankruptcy Code and the Bankruptcy Rules.

6. By agreement with the Debtors, the above-disclosed fee does not include the following services:

> The Firm has been retained solely to serve as bankruptcy counsel to the Debtors until the conclusion of the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code. The Firm's legal services do not include appearances before any court or agency, other than the Bankruptcy Court, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside of the

insolvency area, unless the Firm agrees to represent the Debtors in such matters. In this regard, the Firm will not provide advice or representation regarding matters of taxation, labor, securities, ERISA, probate/estate planning, criminal or other non-bankruptcy or non-debtor/creditor specialties of the law.

### **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the Debtors in these bankruptcy proceedings.

Dated:  January 21, 2014
       Wilmington, Delaware

**COUSINS CHIPMAN & BROWN, LLP**

_____
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
1007 North Orange Street, Suite 1110
Wilmington, Delaware  19801
Telephone:   (302) 468-4595
Facsimile:     (302) 295-0199
Email:           chipman@ccbllp.com
                      olivere@ccbllp.com

*Counsel to the Debtors*

# United States Bankruptcy Court
### District of Delaware

In re    **E&K Vocational Nursing Program, Inc.**          Case No.         
                                   Debtor(s)          Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    1-21-2014                  /s/ Michael F. Gries

                                               **Michael F. Gries/Interim Chief Executive Officer**
                                               Signer/Title

E&K VOCATIONAL NURSING
PROGRAM, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

MINDLIN COMPANIES
1640 SOUTH SELPULVEDA
BOULEVARD
SUITE 218
LOS ANGELES, CA 90025

AAVIM
220 SMITHONIA ROAD
WINTERVILLE, GA 30683-9527

ABILITY HOLDINGS, INC.
C/O CDG GROUP LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATI ACQUISITION COMPANY
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATI ENTERPRISES OF FLORIDA, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

ATI ENTERPRISES, INC.
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

BAKER AND TAYLOR, INC.
P.O. BOX 277930
ATLANTA, GA 30384-7930

BALBOA CAPITAL CORPORATION
2010 MAIN STREET
11TH FLOOR
IRVINE, CA 92614-7203

BALBOA CAPITAL CORPORATION
2010 MAIN STREET
SUITE 1150
IRVINE, CA 92614

BALBOA CAPITAL CORPORATION
14350 NORTH 87TH STREET
SUITE 290
SCOTTSDALE, AZ 85260

BBB OF METROPOLITAN DALLAS
1601 ELM STREET
SUITE 3838
DALLAS, TX 75201

DALLAS COUNTY TAX ASSEESSOR
ATTN: JOHN AMES, CTA
P.O. BOX 139066
DALLAS, TX 75313-9066

ECMC SOLUTIONS CORPORATION
P.O. BOX 65826
SAINT PAUL, MN 55165-0826

EXECUTIVE JANITORIAL, INC.
4505 RATLIFF LANE
SUITE #200
ADDISON, TX 75001

FINANCIAL PACIFIC LEASING, LLC
P.O. BOX 749642
LOS ANGELES, CA 90074-9642

FIVE POINT CAPITAL
10525 VISTA SORRENTO PARKWAY
SUITE 304
SAN DIEGO, CA 92121

GOLDMAN SACHS CREDIT
PARTNERS L.P.
1 NEW YORK PLAZA
NEW YORK, NY 10004

GRAINGER
DEPARTMENT 802341131
P.O. BOX 419267
KANSAS CITY, MO 64141-6267

IDVILLE
5376 52ND STREET SE
GRAND RAPIDS, MI 49512

KAPLAN, INC.
ATTN: GROUP DEAL PROCESSING
395 HUDSON STREET, 3RD FLOO
NEW YORK, NY 10014

KENBERMA PRODUCTS
5 SUOSSO LANE
PLYMOUTH, MA 02360

KETTERING NATIONAL SEMINARS
590 CONGRESS PARK DRIVE
DAYTON, OH 45459

KONICA MINOLTA BUSINESS
21146 NETWORK PLACE
CHICAGO, IL 60673-1211

LAERDAL MEDICAL CORPORATIO
P.O. BOX 53168
PHILADELPHIA, PA 19178-3168

MARLIN LEASING CORP.
P.O. BOX 13604
PHILADELPHIA, PA 19101-3604

MARLIN LEASING CORPORATION
MOUNTAIN DIVISION
6021 SOUTH SYRACUSE WAY
SUITE 200
GREENWOOD VILLAGE, CO 80111

MEDICAL CITY DALLAS HOSPITA
ATTN: RICK PLUNK, MBA, RRT
7777 FOREST LANE
SUITE A-242
DALLAS, TX 75230

MONET MEDICAL INC.
255 WEST CENTRAL AVENUE
SALT LAKE CITY, UT 84107

NORTHCREEK FINANCIAL
ASSOCIATES, LLC
C/O DARBY REAL ESTATE SERVICES
9441 LBJ FREEWAY, SUITE 504
DALLAS, TX 75243-4541

OFFICE DEPOT, INC.
P.O. BOX 88040
CHICAGO, IL 60680-1040

PERSONNEL CONCEPTS
P.O. BOX 5750
CAROL STREAM, IL 60197-5750

PETER HEIDBRINK, M.D.
4118 PRESCOTT AVENUE
DALLAS, TX 75219

PITNEY BOWES GLOBAL
FINANCIAL SERVICES LLC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES PURCHASE POWER
P.O. BOX 371874
PITTSBURGH, PA 15250-7874

ROYAL BANK OF CANADA, AS
AGENT
4TH FLOOR, 20 KING STREET WEST
TORONTO, ONTARIO M5H 1C4

U-HAUL INTERNATIONAL
P.O. BOX 52128
PHOENIX, AZ 85072-2128

XEROX CORPORATION
P.O. BOX 802555
CHICAGO, IL 60680-2555

BECKER MEDIA INC.
2633 TELEGRAPH AVENUE, #110
OAKLAND, CA 94612

SCOTT E. KASDEN, MD
1422 MAIN STREET
SUITE 274
SOUTHLAKE, TX 76092

MASTROPIETRO MANAGEMENT INC.
5039 CREEKVIEW LANE
LAKELAND, FL 33811

POCKET NURSE MEDICAL SUPPLIES
P.O. BOX 644898
PITTSBURGH, PA 15264-4898

A SHRED AHEAD
P.O. BOX 2233
CHAPEL HILL, NC 27515-9835

STRATEGY CONSULTANTS
ATTN: GEORGE H. SEHI
8337 VERBENA LANE
MIDDLETOWN, OH 45044

MCGRAW-HILL GLOBAL EDUCATION
P.O. BOX 894190
LOS ANGELES, CA 90189-4190

TEXAS BOARD OF NURSING
333 GUADALUPE
SUITE 3-460
AUSTIN, TX 78701-3944

FEDEX - FEDERAL EXPRESS
P.O. BOX 660481
DALLAS, TX 75266-0481

PRINCIPAL FINANCIAL GROUP
111 WEST STATE STREET
MASON CITY, IA 50401

LINCOLN FINANCIAL GROUP
2 SUMMIT PARK DRIVE, #620
INDEPENDENCE, OH 44131

PRN SERVICES, INC.
2226 SUMMERSWEET DRIVE
ALVA, FL 33920-4606

LIPPINCOTT WILLIAMS & WILKINS
P.O. BOX 1610
HAGERSTOWN, MD 21741-1610

SCANTRON CORPORATION
P.O. BOX 93038
CHICAGO, IL 60673-3038

CRESCENT HILLS WATER
P.O. BOX 1096
COLLEYVILLE, TX 76034-1096

AETNA BEHAVIORAL HEALTH, LLC
P.O. BOX 3791
PHILADELPHIA, PA 19179-3791

LANDGEN OFFICE I, LTD.
PILLAR COMMERCIAL
ATTN: HEALTH DAVILA
7920 BETLINE ROAD, SUITE 900
DALLAS, TX 75254

SPRINT
P.O. BOX 219100
KANSAS CITY, MO 64121-9100

TEXAS COMPTROLLER OF PUBLIC
ACCOUNTS
111 EAST 17TH STREET
AUSTIN, TX 78774-0100

DANIEL J. PFEIFER
CREATIVE MARGIN, LLC
6124 LAUREL CREST LANE
SACHSE, TX 75048

ADP, INC.
P.O. BOX 842875
BOSTON, MA 02284-2875

A SHRED AHEAD
P.O. BOX 2233
CHAPEL HILL, NC 27515-9835

AT&T
P.O. BOX 105414
ATLANTA, GA 30348-5414

TWC CAREER SCHOOLS & COLLEGES
101 EAST 15TH STREET
AUSTIN, TX 78778-0001

BONFACE NYARIBO
7117 SUGAR PLUM DRIVE
PLANO, TX 75074

SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

AETNA BEHAVIORAL HEALTH, LLC
P.O. BOX 3791
PHILADELPHIA, PA 19179-3791

TW TELECOM
P.O. BOX 172567
DENVER, CO 80217-2567

PROVIDENT LIFE & ACCIDENT
INSURANCE
P.O. BOX 403748
UNUM ID #E0504704
ATLANTA, GA 30384-3748

DEBRA FOSTER, A/P MANAGER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

DEBRA FOSTER, A/P MANAGER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

SAM LIN, CONTROLLER
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

SAM LIN, CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
6331 BOULEVARD 26
SUITE 400
HURST, TX 76053

KATHLEEN OHER
VICE PRESIDENT, FINANCE
8701 BEDFORD-EULESS
SUITE 400
HURST, TX 76053

LYNDA SKINNER
DIRECTOR, TREASURY
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYNDA SKINNER
DIRECTOR, TREASURY
8701 BEDFORD-EULESS ROAD
SUITE 400
NORTH RICHLAND HILLS, TX 76180

SEAN KERRIGAN, CFO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ELVA RUTLIDGE
STAFF ACCOUNTANT
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ANGELA EMERT
ASSISTANT CONTROLLER
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

WILLIAM MCMANUS, INTERIM CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

CHERI KINDER
VICE PRESIDENT-CORP. CONT.
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LYDIA CACDAC
SENIOR ACCOUNTANT
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

APRIL BROWNING
MANAGER - ACCOUNTING
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

LAMPHUNG NGO-BURNS, CFO
6331 BOULEVARD 26
SUITE 275
NORTH RICHLAND HILLS, TX 76180

JOSEPH FILAR, CONTROLLER
STVT-AAI EDUCATION, INC.
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

ABILITY HOLDINGS, INC.
C/O BC PARTNERS
667 MADISON AVENUE
NEW YORK, NY 10065

MICHAEL F. GRIES
C/O CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

MICHAEL ZAWISKY, COO
8701 BEDFORD-EULESS ROAD
SUITE 400
HURST, TX 76053

CDG GROUP, LLC
645 FIFTH AVENUE
NEW YORK, NY 10022

JPMORGAN CHASE BANK, N.A.
P.O. BOX 6076
NEWARK, DE 19714-6076

ROYAL BANK OF CANADA
NEW YORK BRANCH
ONE LIBERTY PLAZA
4TH FLOOR
NEW YORK, NY 10006-1404

BANK OF AMERICA
135 SOUTH LASALLE STREET
CHICAGO, IL 60603

FOGLE & ASSOCIATES
200 SWINDERMAN ROAD
WEXFORD, PA 15090

ALMICH & ASSOCIATES
26463 RANCHO PARKWAY SOUTH
LAKE FOREST, CA 92630

WELLS FARGO BANK, N.A., AS
TRUSTEE
C/O BANK OF AMERICA, N.A.
CAPITAL MARKETS SERVICE GROUP
900 WEST TRADE STREET, SUITE 650
CHARLOTTE, NC 28255